## ACOSTA *v.* EL PUEBLO.

APELACIÓN procedente de la Corte de Distrito de Mayagüez.

No. 78.—Resuelto en junio 18, 1907.

Resuelto por los fundamentos del caso No. 79, *Ex parte Hernández*, 12 Decisiones de Puerto Rico, página 1.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Rossy, Fiscal.*

La parte apelada no compareció.

EL JUEZ PRESIDENTE SR. QUIÑONES emitió la opinión del tribunal.

Don Manuel Acosta, mayor de edad, propietario y vecino de Cabo Rojo, promovió ante la Corte de Distrito del Distrito Judicial de Mayagüez, una información para acreditar el dominio de una finca rústica, que manifestó poseer á título de dueño, y que describe del siguiente modo:

"Rústica, compuesta de ciento cuarenta y cuatro cuerdas de terreno, equivalentes á cincuenta y ocho hectáreas, setenta y cuatro áreas, ochenta y nueve centiáreas, setenta y seis miliáreas, á pasto y maleza, radicada en el barrio de Llanos Costa, término municipal de Cabo Rojo, distrito judicial de Mayagüez; colindante por el norte con terrenos de Don Ramon Quiñones, y otros de Don Ramon Carrastafú, por el sud, con terrenos del Dr. Don Pablo Hernández y Pérez y de Don Reyes Acosta, por el este, los de Doña Cayetana Acosta y otros de Doña Angela Luciano, y por el Oeste, terrenos de Don Benito Aviles y otros de Doña Concepción Acosta."

En su escrito ofreciendo la información, manifestó el promovente que la anterior finca está valorada en mil setecientos veinte y seis dollars; que la adquirió por compra á Doña Juana González Acosta en el año 1898, la que á su vez la obtuvo por herencia de sus padres Fulgencio González y María Isaías Acosta, hace veinte y tres años, esto es, que la adquirió en el año 1883, desde cuya época, hasta que la vendió al promovente estuvo en la quieta y pacífica posesión de la misma, como dueña absoluta, la susodicha vendedora Juana González Acosta; que sobre dicha finca no pesa carga ni gravámen alguno, y que careciendo de título escrito de dominio de la misma, promueve la presente información, ofreciendo la prueba correspondiente, para probar los hechos expuestos, y suplicando á la corte se sirviera admitir la solicitud, ordenar la publicación de edictos por el término legal y previas las formalidades legales, dictar auto declarando acreditado á su

favor el dominio de la finca descrita, con los pronunciamientos correspondientes.

A esa información formuló oposición el fiscal del distrito de Mayagüez fundándose en que no se había descrito la finca con arreglo á la regla 2ª. del artículo 63 del Reglamento para la aplicación de la Ley Hipotecaria, faltándose á lo preceptuado en la regla primera del artículo 9 de dicha ley.

Practicada la prueba, la Corte de Distrito del Distrito Judicial de Mayagüez dictó auto en 17 de septiembre de 1906, decidiendo que la ley y los hechos están á favor del peticionario y declarando en su consecuencia acreditado el dominio de la finca descrita á favor del promovente Don Manuel Acosta, y disponiendo que una vez firme esa resolución se expida el correspondiente testimonio á los efectos de su inscripción en el registro.

La anterior resolución fué apelada para ante este tribunal por el fiscal del distrito de Mayagüez, y el recurso sostenido por el fiscal de esta Corte Suprema.

El fiscal hace en su oposición á este expediente de dominio las mismas objeciones que formulara en el caso de Agustín Hernández Mena, resuelto por esta corte en 17 de enero del corriente año; y por las razones que sirvieron de fundamento á la resolución de este tribunal dictada en dicho caso, proponemos la confirmación de la resolución dictada por la Corte de Distrito del Distrito Judicial de Mayagüez, en 17 de septiembre de 1906, objeto de la presente apelación, sin especial condena de costas.

*Confirmada.*

Jueces concurrentes: Sres. Hernández, Figueras, MacLeary y Wolf.